* The panel unanimously finds this case suitable

Crayton's remaining contentions are unpersuasive.

**AFFIRMED.**

**Ronald Anthony HICKS, Plaintiff—Appellant,**

v.

**S. BONACCORSO; et al., Defendants—Appellees.**

No. 01–17530.

D.C. No. CV–98–1575–DFL.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 8, 2003.*

Decided Jan. 8, 2004.

Ronald Anthony Hicks, pro se, Chino, CA, for Plaintiff–Appellant.

Michael J. Williams, AGCA-Office of the California Attorney General, Sacramento, CA, Gregory Scott Walston, AGCA-Office

for decision without oral argument. *See* Fed.

of the California Attorney General, San Francisco, CA, for Defendant-Appellee.

Before GOODWIN, WALLACE and TROTT, Circuit Judges.

MEMORANDUM**

Ronald Anthony Hicks, a California state prisoner, appeals pro se the district court's judgment dismissing without prejudice his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Barnett v. Centoni*, 31 F.3d 813, 815 (9th Cir.1994) (per curiam), and affirm.

Hicks's contention that he was not required to exhaust administrative remedies prior to bringing a section 1983 action seeking only monetary relief is foreclosed by *Booth v. Churner*, 532 U.S. 731, 741, 121 S.Ct. 1819, 149 L.Ed.2d 958 (2001).

Hicks's motion for monetary judgment is denied.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

